# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALIMUNUER NUERKAMALI,<br><br>*Defendant*. | 1:25-MJ-649 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Isaiah Gatling, being duly sworn, state the following:

1. I entered duty with the Central Intelligence Agency Police (CIAP) in February 2023. Upon entering duty, I completed the Uniformed Police Training Program at the Federal Law Enforcement Training Center, graduating in August 2023. I am a federal law enforcement officer as provided in Title 50 of the United States Code, Section 3515(a)(1).

2. This affidavit is submitted in support of a criminal complaint charging that on or about November 5, 2025, in Fairfax County, Virginia, in the Eastern District of Virginia, ALIMUNUER NUERKAMALI, having received a visible or audible signal from a law-enforcement officer to bring his motor vehicle to a stop, drove such motor vehicle in a willful and wanton disregard of such signal, in violation of Title 18, United States Code, Section 13, assimilating Code of Virginia Section 46.2-817, and subsequently threatened to kill responding officers, and the Director of the Central Intelligence Agency, in violation of Title 18 United States Code, Section 115(a)(1)(B).

3. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during the course of this investigation. This

affidavit contains information necessary to support probable cause, but it is not intended to include each, and every, fact and matter observed by me or known to the United States.

**SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE**

4. On Wednesday, November 5, 2025, at approximately 5:12 p.m., I was on duty and positioned at the main gate checkpoint at the George Bush Center for Intelligence (CIA Headquarters), located in McLean, Virginia, within the Eastern District of Virginia. The entrance to the CIA Headquarters from Route 123 is clearly labeled with multiple United States Government Property signs and two sets of do not enter signs on the outbound lanes of the property:



5. While performing standard access control procedures a silver colored Mercedes Benz SUV approached the main gate directly behind another vehicle driven by a Central Intelligence Agency (CIA) employee. After allowing the employee access, the driver in the silver Mecedes Benz, later identified as ALIMUNUER NUERKAMALI, aggressively accelerated to bypass the armed checkpoint. The driver did not stop after verbal commands were given and instead continued toward and past the main security gate. I was standing at the armed checkpoint, on duty in my position as a federal officer with the CIA and shouted at ALIMUNUER NUERKAMALI to stop the vehicle and also hit the car with my hand to attempt to stop the vehicle, injuring my hand in the process. Additional marked and unmarked CIA Police vehicles responded to the main gate with emergency lights activated in an attempt to stop the suspect vehicle.

6. ALIMUNUER NUERKAMALI disregarded my commands, and those of other federal officers. He continued to accelerate, traveling approximately ten yards past the armed checkpoint before coming to a stop. If not for the employee's car in front of him coming to a complete stop as a result of our commands, ALIMUNUER NUERKAMALI would have, without authorization, continued driving on the CIA Headquarters compound. After the car stopped, I approached the vehicle from the driver's side and told ALIMUNUER NUERKAMALI to turn the vehicle off and to step out of the car. It was at this time where I noticed a box cutter in his right hand extended out in front of his chest. I then drew my firearm, pointed it at him and instructed him to put the weapon down. ALIMUNUER NUERKAMALI did not comply and told me "I am going to kill you; I am going to kill all of you." While making these statements, NUERKAMALI's vehicle remained on, with the vehicle still in drive. Multiple commands were given after his statement to put the weapon down from myself and other officers on scene before he complied. Once he put the weapon down ALIMUNUER NUERKAMALI was pulled out of the vehicle and

placed into handcuffs. During this time, he was screaming, "You all are about to die, I am going to kill your Director, your time has come you're all going to die." I became increasingly concerned for my safety and the safety of other officers and requested an explosive detection canine to sweep the vehicle.[1]

      7.     I spoke to the driver and asked him for his name, date of birth, and why he had come to the CIA. He did not respond to these questions. Another officer discovered his wallet in the vehicle, which contained a Virginia identification card with his photograph, name, and date of birth. The officer then contacted dispatch to run the name and date of birth through a CIA database of known personnel and prior unauthorized visitors. Dispatch responded that the name and date of birth matched ALIMUNUER NUERKAMALI.

---

[1] Nothing of significance was recovered from the car.

## **CONCLUSION**

8.  Based on the foregoing, I submit there is probable cause to believe that on November 5, 2025, in Fairfax County, Virginia, in the Eastern District of Virginia, ALIMUNUER NUERKAMALI, having received a visible or audible signal from a law-enforcement officer to bring his motor vehicle to a stop, drove such motor vehicle in a willful and wanton disregard of such signal, in violation of Title 18, United States Code, Section 13, assimilating Code of Virginia Section 46.2-817.  I also submit that there is probable cause that on November 5, 2025, in Fairfax County, Virginia, in the Eastern District of Virginia, ALIMUNUER NUERKAMALI, while trespassing at CIA and brandishing a boxcutter, threatened to kill me, other responding CIA Police Officers, and the Director of the Central Intelligence Agency in violation of Title 18, United States Code, Section 115(a)(1)(B).

Respectfully submitted,

Officer Isaiah Gatling
CIA Police

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone on November 6, 2025.

The Honorable Lindsey R. Vaala
United States Magistrate Judge